THE STATE OF NEBRASKA, EX REL. JACOB LISK, V. THE BOARD OF COUNTY COMMISSIONERS OF OTOE COUNTY.

**Mandamus:** ⸱PETITION. The petition for mandamus must state all the essential facts necessary to entitle the party to the relief sought. And where the payment of money by a public officer is the object in view, it must distinctly appear that there is a fund from which the desired payment can legally be made.

ORIGINAL application for mandamus.

*F. ·E. Brown*, for the relator.

*M. L. Hayward*, for the respondent.

LAKE, J.

This is an application for a writ of mandamus to compel the defendants to draw an order upon the treasurer of said county in favor of the relator as president of the Otoe County Agricultural and Mechanical Association, and for the use of said association, for the sum of $355.35, in pursuance of section 1, chapter 2, General Statutes, which provides for the payment, under certain circumstances, of money from the county treasury for the benefit of such societies.

Even admitting that the relator is in a situation en-

---

NOTE.—The application must show a prior demand and refusal, and set forth facts which clearly impose on the respondent a duty which the law enjoins upon him as resulting from an office, trust, or station. *Kemmerer v. State*, 7 Neb., 133. On the hearing for a peremptory writ omissions in the alternative cannot be supplied by a reference to the affidavit or application on which it was allowed. *State, ex rel. v. School District*, 8 Neb., 93. Where the relief sought is to compel the payment of bonds issued to aid the construction of works of internal improvement, there should. be .in the application a particular description of such works. *The State v. Thorne*, 9 Neb., 459.—REP.

titling him, as president of said association, to such an order whenever it can be properly drawn, there is an entire failure in the affidavit on which the writ is asked to show the condition of the treasury; or whether, in view of the statute restricting the commissioners in the drawing of orders, one could be legally drawn for the amount demanded.

In a petition for the extraordinary aid of mandamus all the essential facts necessary to entitle the party to the relief sought should be specifically set out. And where, as here, the payment of money by a public officer is the object in view, it must be distinctly shown that there are funds from which the desired payment can be legally made, or the writ will be denied.

WRIT DENIED.